**In the United States District Court**
**for the District of Minnesota**
**Fifth Division**

==========================================================

**Choice Hotels Interr ational, Inc.,** Case No. Civil 00-991 JMR/RLE

Plaintiff,

vs.

**Minnesota Lodging, LLC,**
**MN Properties, Inc.** and
**Minesh Brahmbhatt,**

Defendants.

==========================================================

**Plaintiff's Amended Proposed Order on**
**Application and Motion**
**to Confirm Arbitration Award**

==========================================================

Pursuant to the Federal Arbitration Act, Title 9 of the United States Code, plaintiff applied to and moved the cou it for an order, and for judgment thereon, confirming that certain arbitration award between the parties dated September 3, 1999.

It appears to t e court that plaintiff achieved service of process over the two business entity defendants.

Based upon all of the files and proceedings herein and the arguments of counsel:

IT IS HEREBY ORDERED:

That plaintiff's application and motion may be and hereby are granted as to the two business entity defendants;

That the cour hereby confirms the arbitration award as to them;

AUG 24 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(8)

That upon plaintiff's compliance with 9 U.S.C. § 13, the clerk shall enter money judgments in favor of plaintiff as follows:

| | |
|---|---|
| As against defendant Minnesota Lodging, LLC: | $41,684.78 |
| As against defendant MN Properties, Inc.: | $36,640.31 |
| As against defendants, Minnesota Lodging, LLC and MN Properties, Inc., jointly and severally: | $ 970.75 |

That the judgment shall include plaintiff's costs, disbursements, and attorney's fees against said two defendants jointly and severally.

Dated: This 24th day of August, 2000.

By the Court:

James M. Rosenbaum, Judge Thereof

Please note the correction.
Judgment is not entered.