**In the United States District Court**
**for the District of Minnesota**
**Fifth Division**

---

**Choice Hotels International, Inc.,** Case No. Civil 00-991 JMR/RLE

Plaintiff,

vs.

**Minnesota Lodging, LLC,**
**MN Properties, Inc.,** and
**Minesh Brahmbhatt,**

Defendants.

---

**Second Order on**
**Application and Motion**
**to Confirm Arbitration Award**

---

Pursuant to the Federal Arbitration Act, Title 9 of the United States Code, plaintiff applied to and moved the court for an order, and for judgment thereon, confirming that certain arbitration award between the parties dated September 3, 1999.

Previously on August 24, 2000, the court ordered confirmation of the award and judgment thereon, as to the two business entity defendants. Subsequently, plaintiff achieved service of process on defendant Brahmbhatt.

Based upon all of the files and proceedings herein and the arguments of counsel:

IT IS HEREBY ORDERED:

That plaintiff's application and motion may be and hereby are granted as to defendant Brahmbhatt;

That the court hereby confirms the arbitration award as to him;

SEP 27 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

That upon plaintiff's compliance with 9 U.S.C. § 13, the clerk shall enter a money judgment in favor of plaintiff as follows:

| | |
|---|---|
| As against defendant Brahmbhatt:<br>(said amount to be a joint and several liability with the previously ordered judgment against defendant Minnesota Lodging, LLC) | $41,684.78 |
| As against defendant Brahmbhatt:<br>(said amount to be a joint and several liability with the previously ordered judgment against defendant MN Properties, Inc.) | $36,640.31 |
| As against defendant Brahmbhatt:<br>(said amount to be a joint and several liability with the previously ordered judgment against defendants Minnesota Lodging, LLC and MN Properties, Inc.) | $ 970.75 |

That the judgment shall include plaintiff's costs, disbursements, and attorney's fees against said defendant jointly and severally with the two business entity defendants.

With this order, all claims against all defendants have been disposed of, and upon plaintiff's compliance with 9 U.S.C. §13 the clerk shall enter a final judgment as to all defendants pursuant to the court's two orders for judgment.

Dated: This 26th day of September, 2000.

By the Court:

James M. Rosenbaum, Judge Thereof