UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-991

Choice Hotels International )
)
v. ) ORDER
)
Minnesota Lodging LLC et al. )

This matter is before the Court on petitioner's motion for costs, disbursements, and attorneys' fees. [Docket No. 10.]

The Court hereby refers the motion to the Honorable Franklin L. Noel, United States Chief Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: March 28th, 2001

JAMES M. ROSENBAUM
United States District Judge

MAR 29 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK