UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-991

| | | |
|---|---|---|
| Choice Hotels International | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Minnesota Lodging LLC et al. | ) | |

IT IS HEREBY ORDERED that petitioner's motion for costs, disbursements, and attorneys' fees [Docket No. 10] be referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

Dated: April 6, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED APR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK