UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-991(JMR/RLE)

Choice Hotels International, Inc.

v.

Minnesota Lodging LLC, MN Properties, Inc., and Minesh Brahmbhatt

ORDER

Plaintiff objects to the Report and Recommendation issued May 29, 2001, by the Honorable Raymond L. Erickson, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation, but redacts those portions of the Report concerning the billing practices of plaintiff's attorneys, as indicated in the objections. Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for an award of costs and attorney's fees is granted. [Docket No. 13.]

2. Defendants are directed to pay fees and costs, jointly and severally, to the plaintiff, in the total amount of $2,487.53.

3. Those portions of the Report and Recommendation concerning plaintiff's attorneys' billing practices, as indicated in the objections, are hereby redacted.

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 20th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge